UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. XSZ46404,<br>    Plaintiffs<br>v.<br>THE MAVERICK STREET REALTY, LLC, TIMOTHY WHITE, RICHARD EGAN, ACORN DEVELOPMENT LLC, AARON DAIGNEAULT,<br>and<br>ELOY ROMERO, HOOBER ALVAREZ, SOSTENES ALVAREZ, NIDIA C. BONILLA, JOSE MARIA ESPANA, LUISA CARMEN ESPANA ("BUILDING 173 TENANTS")<br>and<br>LOYDA B. HERNANDEZ PACHECO, BETUEL RIOS HERNANDEZ, JORGE M. LOYOLA, MARINA MUNAYLLA, OLGA E. PASCO, KIMBERLY ROMERO, JULIO E. BARRAGAN ("BUILDING 175 TENANTS")<br>and<br>GLENDA SARAVIA, Individually and as Guardian and Next Friend of her Minor Children G.S., B.A. AND M.A., HENRY SUAREZ, CANDY CALIX SARAVIA, Individually and as Guardian and Next Friend of Her Minor Children J.B., A.B. AND G.B., ANA SARAVIA, ROBERTO BONILLA ("BUILDING 177 TENANTS")<br>    Defendants | C.A. No.: 1:19-CV-12059 |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS
ACORN DEVELOPMENT LLC AND AARON DAIGENAULT**

NOW COME the Plaintiffs, Certain Underwrites at Lloyd's, London, Subscribing to Policy

No. XSZ46404, and hereby move this Honorable Court for Default Judgment pursuant to Federal

1

1438921v.1

Rules of Civil Procedure 55(b)(2) against Defendants Acorn Development LLC ("Acorn") and Aaron Daigneault ("Daigneault"), for failure to respond to Plaintiff's Complaint.

    IN SUPPORT THEREOF, Plaintiff submits:

1. On June 26, 2020, pursuant to Federal Rules of Civil Procedure 55(a), the Clerk entered default on Acorn and Daigneault. Dkt. No. 24
2. That Defendants Acorn and Daigneault have still failed to answer or otherwise plead the claims set forth in the Plaintiff's Complaint;
3. That Defendants are not infants nor incompetents;
4. That Defendants are not in the military service; and
5. That Plaintiff is entitled to declaratory judgment.

    IN FURTHER SUPPORT THEREOF, please see:

1. Memorandum in Support of Plaintiff's Motion for Default Judgment;
2. Affidavit of Attorney Michele C. Sears; and
3. Form of Default Judgment for Defendants Acorn Development LLC and Aaron Daigneault (attached hereto as Exhibit A).

WHEREFORE Plaintiff respectfully requests that this Court enter Default Judgment in favor of the Plaintiffs and against the Defendants Acorn Development LLC and Aaron Daigneault. Pursuant to all of the above, Plaintiffs are entitled to an entry of Default Judgment as to Acorn Development LLC and Aaron Daigneault.

Dated: <u>July 9, 2020</u>    Respectfully submitted,

Plaintiffs,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. XSZ46404

By their attorneys,

*/s/ Michele C. Sears*
Christopher P. Flanagan, BBO # 567075
Christopher.Flanagan@wilsonelser.com
Michele C. Sears, BBO # 655211
Michele.Sears@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
617-422-5300

## **CERTIFICATE OF SERVICE**

I, Michele C. Sears, hereby certify that on the 9th day of July 2020, the foregoing document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by first class mail, postage prepaid.

Aaron Daigneault
Acorn Development LLC
40 Everett Street
East Boston, MA 02128

*/s/ Michele C. Sears*
Michele C. Sears