UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. XSZ46404,<br><br>    Plaintiffs<br><br>v.<br><br>THE MAVERICK STREET REALTY, LLC, TIMOTHY WHITE, RICHARD EGAN, ACORN DEVELOPMENT LLC, AARON DAIGNEAULT,<br>and<br>ELOY ROMERO, HOOBER ALVAREZ, SOSTENES ALVAREZ,<br>NIDIA C. BONILLA, JOSE MARIA ESPANA, LUISA CARMEN ESPANA<br>("BUILDING 173 TENANTS")<br>and<br>LOYDA B. HERNANDEZ PACHECO, BETUEL RIOS HERNANDEZ,<br>JORGE M. LOYOLA, MARINA MUNAYLLA, OLGA E. PASCO,<br>KIMBERLY ROMERO,<br>JULIO E. BARRAGAN<br>("BUILDING 175 TENANTS")<br> and<br>GLENDA SARAVIA, Individually and as Guardian and Next Friend of her Minor Children G.S., B.A. AND M.A.,<br>HENRY SUAREZ,<br>CANDY CALIX SARAVIA, Individually and as Guardian and Next Friend of Her Minor Children J.B., A.B. AND G.B.,<br>ANA SARAVIA, ROBERTO BONILLA ("BUILDING 177 TENANTS")<br>    Defendants | C.A. No.: 1:19-CV-12059 |

1440053v.1

## DEFAULT JUDGMENT AGAINST
## ACRON DEVELOPMENT LLC AND AARON DAIGNEAULT

Defendants Acorn Development LLC and Aaron Daigneault, having failed to plead or otherwise defend in this action and their default having been entered,

Now, upon application of Plaintiffs and affidavits demonstrating that Plaintiff is entitled an entry of declaratory relief as requested in Plaintiffs' Complaint and that Defendants are not infants or incompetent people or in the military service of the United States, and that Plaintiffs are not seeking costs in this action,

It is hereby ORDERED, ADJUDGED AND DECREED that a judgment shall enter declaring that Plaintiffs Certain Underwrites at Lloyd's, London, Subscribing to Policy No. XSZ46404 have/had no duty to defend Acorn Development LLC and/or Aaron Daigneault with respect to the claims brought against them in <u>The Maverick Street Realty, LLC, v. Jose Maria Espana, et al. v. Maverick Street Realty LLC, Timothy White, Richard Egan, Acorn Development LLC and Aaron Daigneault</u>, Suffolk Superior Court, Civil Action No. 15-cv-03446, Massachusetts ("the Tenants Lawsuit"), nor do Plaintiffs owe indemnity to Acorn Development LLC and/or Aaron Daigneault for any claim made against them in the Tenants Lawsuit or the settlement reached therein.

By the Court,

DATE:  July _10_ ,2020

_/s/ Arnold Pacho____
Arnold Pacho, Deputy Clerk

1440053v.1