UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. XSZ46404,<br>    Plaintiffs<br><br>v.<br><br>THE MAVERICK STREET REALTY, LLC, TIMOTHY WHITE, RICHARD EGAN,<br>    Defendants | C.A. No.: 1:19-CV-12059 |

## STIPULATION OF DISMISSAL

Pursuant to Mass. R. Civ. P. Rule 41(a)(1)(ii), the parties to the above-captioned matter hereby stipulate that all claims amongst and between them be dismissed with prejudice, without attorneys' fees and costs, and with all rights of appeal waived.

Dated: January 13, 2021

Plaintiff,

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SUBSCRIBING TO POLICY NO. XSZ46404,

By their attorney,

    /s/ Michele Sears
Christopher P. Flanagan, BBO #567075
Christopher.Flanagan@wilsonelser.com
Michele C. Sears, BBO # 655211
Michele.Sears@wilsonelser.com
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
260 Franklin Street, 14th Floor
Boston, MA 02110-3112
(617) 422-5300

Defendants,

THE MAVERICK STREET REALTY, LLC, TIMOTHY WHITE, RICHARD EGAN,

By their attorney,

    /s/ Ronald Dunbar
Ronald William Dunbar, BBO # 567023
dunbar@dunbarlawpc.com
Dunbar Law P.C.
197 Portland Street, 5th Floor
Boston, MA 02114
(617) 244-3550

1472178v.1

## **CERTIFICATE OF SERVICE**

I, Michele C. Sears, hereby certify that on January 13, 2021, the foregoing document was served on counsel for the Defendants, by electronic mail only.

> */s/ Michele C. Sears*
> Michele C. Sears

1472178v.1